UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PNC BANK, NATIONAL ASSOCIATION, a
national banking association,

    Plaintiff,

v

TRILLIUM CIRCLE, LLC, a Michigan limited
liability company,

    Defendant.

Case No. 2:11-cv-14774-DPH-RSW

Hon. Denise Page Hood

| | |
|---|---|
| BRUCE R. GRUBB  (P27632)<br>BRETT A. RENDEIRO  (P64792)<br>BRADLEY S. DEFOE  (P70233)<br>VARNUM LLP<br>Attorneys for Plaintiff<br>39500 High Pointe Blvd., Suite 350<br>Novi, Michigan 48375<br>(248) 567-7400 | JAMES R. PORRITT, JR. (P23222)<br>Attorney for Defendant<br>436 S. Broadway Street, Suite C<br>Lake Orion, Michigan 48362<br>(248) 693-6245 |

## STIPULATED ORDER APPROVING SETTLEMENT AGREEMENT

Plaintiff PNC Bank, National Association ("PNC Bank") and Defendant Trillium Circle, LLC ("Trillium") having reached a settlement in this matter, PNC having filed a Motion to Approve Settlement Agreement (the "Motion") including as Exhibit A thereto a Settlement Agreement between PNC Bank and Trillium which has been filed under seal, said parties having agreed to the entry of this Order and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Settlement Agreement is approved.

**IT IS HEREBY FURTHER ORDERED** that pursuant to the Settlement Agreement the Receiver, McKinley, Inc., shall distribute to PNC Bank, from rents collected by the Receiver from the Property (as defined in this Court's Order Granting Plaintiff's Motion for Appointment

of Receiver and Appointing Receiver [Docket No. 29]), the sum of $500,000.00, which sum shall be applied to the indebtedness of Trillium to PNC Bank secured by the Mortgage in favor of PNC Bank on the Property.

**IT IS SO ORDERED**.

                                      s/Denise Page Hood
                                      Denise Page Hood
                                      UNITED STATES DISTRICT JUDGE

Dated: November 1, 2012

**AGREED AS TO FORM AND CONTENT:**

By:     */s/ Brett A. Rendeiro*
       Brett A. Rendeiro (P64792)
       39500 High Pointe Blvd., Suite 350
       Novi, Michigan 48375
       (248) 567-7414
       Attorneys for Plaintiff

       */s/ James R. Porritt, Jr.*
       James R. Porritt, Jr. (P23222)
       436 S. Broadway Street, Suite C
       Lake Orion, Michigan 48362
       (248) 693-6245
       Attorney for Defendant

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 1, 2012, by electronic and/or ordinary mail.

                                      s/LaShawn R. Saulsberry
                                      Case Manager, (313) 234-5165