UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

PNC BANK, NATIONAL ASSOCIATION, a
national banking association,

       Plaintiff,                                   Case No. 2:11-cv-14774-DPH-RSW

v                                              Hon. Denise Page Hood

TRILLIUM CIRCLE, LLC, a Michigan limited
liability company,

       Defendant.

| | |
|---|---|
| BRUCE R. GRUBB  (P27632) | JAMES R. PORRITT, JR. (P23222) |
| BRETT A. RENDEIRO  (P64792) | Attorney for Defendant |
| BRADLEY S. DEFOE  (P70233) | 436 S. Broadway Street, Suite C |
| VARNUM LLP | Lake Orion, Michigan 48362 |
| Attorneys for Plaintiff | (248) 693-6245 |
| 39500 High Pointe Blvd., Suite 350 | |
| Novi, Michigan 48375 | |
| (248) 567-7400 | |

## STIPULATED ORDER APPROVING SETTLEMENT AGREEMENT

      Plaintiff PNC Bank, National Association ("PNC Bank") and Defendant Trillium Circle,

LLC ("Trillium") having reached a settlement in this matter, PNC having filed a Motion to

Approve Settlement Agreement (the "Motion") including as Exhibit A thereto a Settlement

Agreement between PNC Bank and Trillium which has been filed under seal, said parties having

agreed to the entry of this Order and the Court being otherwise fully advised in the premises;

      **IT IS HEREBY ORDERED** that the Settlement Agreement is approved.

      **IT IS HEREBY FURTHER ORDERED** that pursuant to the Settlement Agreement the

Receiver, McKinley, Inc., shall distribute to PNC Bank, from rents collected by the Receiver

from the Property (as defined in this Court's Order Granting  Plaintiff's Motion for Appointment

of Receiver and Appointing Receiver [Docket No. 29]), the sum of $500,000.00, which sum shall be applied to the indebtedness of Trillium to PNC Bank secured by the Mortgage in favor of PNC Bank on the Property.

**IT IS SO ORDERED**.

s/Denise Page Hood
Denise Page Hood
UNITED STATES DISTRICT JUDGE

Dated:  November 1, 2012

**AGREED AS TO FORM AND CONTENT:**

By:         */s/ Brett A. Rendeiro*
Brett A. Rendeiro (P64792)
39500 High Pointe Blvd., Suite 350
Novi, Michigan 48375
(248) 567-7414
Attorneys for Plaintiff

        */s/ James R. Porritt, Jr.*
James R. Porritt, Jr. (P23222)
436 S. Broadway Street, Suite C
Lake Orion, Michigan 48362
(248) 693-6245
Attorney for Defendant

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 1, 2012, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Case Manager, (313) 234-5165